**Order entered February 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01369-CV

### IN THE INTEREST OF M.K.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12692**

## ORDER

On February 7, 2019, we ordered court reporter Elizabeth Neve Griffin to file the reporter's record no later than March 11, 2019. Our order stated the record should be filed without payment of fees as appellant had filed a declaration of inability to pay costs in the trial court and nothing in the record reflected he had been ordered to pay costs. By letter filed February 11, 2019, Ms. Griffin asks for the dates of the hearings that need to be included in the record. She also comments that she did not have the opportunity to contest the pauper's oath and that she believes she is "entitled to at least have the opportunity to contest." *See* TEX. R. CIV. P. 145(f)(3) (providing that reporter may move to require party filing statement of inability to pay costs to prove inability).

We construe the letter as a motion to modify our February 7th order, note that it appears the final trial on October 29, 2018 is the only hearing held in this case, and rule as follows. We **ORDER** Ms. Griffin to file, no later than March 11, 2019, either the reporter's record of the

October 29th trial or written verification she filed in the trial court a contest to appellant's declaration of inability to pay and a statement as to the status of the contest. Any contest shall be filed in the trial court and served on all parties, along with a notice of hearing on the contest. Because appellant is incarcerated, the hearing on any contest shall be scheduled sufficiently in advance to ensure appellant's participation.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sandra Jackson, Presiding Judge of the 302nd Judicial District Court; Ms. Griffin; and, the parties.


/s/    KEN MOLBERG
        JUSTICE